UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIPLAND KINKEL,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>GERALD LONG, Superintendent, Oregon State Correctional Institution,<br><br>        Respondent - Appellee. | No. 22-35096<br><br>D.C. No. 6:11-cv-06244-AA<br>U.S. District Court for Oregon, Eugene<br><br>**ORDER** |

      The reply brief submitted on March 22, 2023 is filed.

      Within 7 days of this order, appellant is ordered to file 6 copies of the brief in paper format with gray covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

      The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7