|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 19 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| KIPLAND KINKEL, | No. 22-35096 |
| Petitioner-Appellant, | D.C. No. 6:11-cv-06244-AA<br>District of Oregon,<br>Eugene |
| v. | |
| GERALD LONG, Superintendent, Oregon State Correctional Institution, | ORDER |
| Respondent-Appellee. | |

Appellant Kinkel has filed a motion to certify questions to the Oregon Supreme Court or, in the alternative, to stay appellate proceedings in this court until the related state court proceedings are resolved (Dkt. 44, at 3–4). Appellee Long opposes the motion to certify and the alternative motion to stay proceedings. While the court does not find certification appropriate at this time, the court hereby **GRANTS** Kinkel's alternative motion to stay appellate proceedings in this court until his matter pending in state court reaches a final resolution. *See Kinkel v. Bd. of Parole and Post-Prison Supervision*, No. A181419 (Or. Ct. App.). Within 14 days after the Oregon state court proceedings reach a final resolution, including any appeals taken, the parties in this appeal shall either (1) jointly seek relief pursuant to Fed. R. App. P. 42(b) or (2) each file a status report and any motion for appropriate relief. The oral argument scheduled for October 4, 2023 in Seattle,

2

Washington is **VACATED**. The Clerk is directed to administratively close this docket, pending further order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT